IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHERYL MARIE MCDONALD, | CV 21–77–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties having filed a stipulated motion to remand,

IT IS ORDERED that the motion (Doc. 11) is GRANTED. The above-captioned case is REVERSED AND REMANDED to the Agency, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Agency will:

- Obtain medical expert evidence and give further consideration to whether the claimant meets or equals a listing at step three of the sequential evaluation process;

- Offer the claimant the opportunity to attend a hearing for cross-examination purposes, if requested by the claimant;

- As warranted, reconsider the opinion evidence;

1

- As warranted, re-evaluate the claimant's maximum residual functional capacity;
- As warranted, re-evaluate whether the claimant could perform past or other work in the national economy, obtaining additional vocational expert evidence and resolving any conflicts, as necessary;
- Take any further action needed to complete the administrative record; and
- Issue a new decision.

Plaintiff shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS FURTHER ORDERED that the Clerk shall enter judgment for Plaintiff.

DATED this 3rd day of February, 2022.

_____
Donald W. Molloy, District Judge
United States District Court