IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHERYL MARIE MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | CV 21–77–M–DWM<br><br><br><br>ORDER |

The parties having stipulated to an attorney fee award under the Equal Access to Justice Act ("EAJA"), (Doc. 15),

IT IS ORDERED that the Commissioner shall pay $5,770.00 in fees, $17.58 in expenses, and $402.00 in costs. *See* 28 U.S.C. §§ 1920, 2412(d).

IT IS FURTHER ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, (2) agrees to waive the requirements of the Anti-Assignment Act, and (3) is provided a valid assignment of fees executed by Plaintiff, the fees will be made payable to Plaintiff's attorney and mailed to Plaintiffs' attorney's office as follows:

1

218 E. Front Street
Suite 200
Missoula, MT 59802

However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and a check for any remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but delivered to Plaintiffs' attorney's office at the address stated above.

DATED this 5th day of May, 2022.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court